```
_X_ FILED        ___ LODGED
___ RECEIVED     ___ COPY

    SEP 1 3 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____
                    DEPUTY
```

**REDACTED FOR
PUBLIC DISCLOSURE**

1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   THOMAS SIMON
3  Assistant United States Attorney
   Arizona State Bar No. 3857
4  Two Renaissance Square
   40 N. Central Ave., Suite 1800
5  Phoenix, Arizona 85004
   Telephone: 602-514-7500
6  Email: tom.simon@usdoj.gov
   Attorneys for Plaintiff
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF ARIZONA

10 United States of America,                    No.  **CR-22-01181-PHX-DWL (MHB)**

11                      Plaintiff,
         vs.                                         **I N D I C T M E N T**
12
   Bernal Nosie                               VIO:  18 U.S.C. §§ 1153 and 113(a)(3)
13   (a.k.a. Bernal Victor),                         (CIR-Assault with a Dangerous
                                                     Weapon)
14 _____Defendant._____           Count 1

15 **THE GRAND JURY CHARGES:**

16         On or about January 12, 2022, in the District of Arizona, within the confines of the

17 San Carlos Apache Indian Reservation, Indian Country, Defendant, BERNAL NOSIE,

18 a.k.a. BERNAL VICTOR, an Indian, did intentionally and knowingly assault the victim,

19 T.T.B., with a dangerous weapon, that is, a bandana or cord-like object, with the intent to

20 do bodily harm.

21         In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

22                                          A TRUE BILL

23                                          s/
                                           FOREPERSON OF THE GRAND JURY
24                                          Date:  September 13, 2022

25 GARY M. RESTAINO
   United States Attorney
26 District of Arizona

27 s/
   _____
28 THOMAS SIMON
   Assistant U.S. Attorney